UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA BURBANO, on behalf of herself and all others similarly situated,<br><br>                     Plaintiff,<br><br>       -against-<br><br>NCS ABATEMENT SERVICES INC.; KEVIN FOX; and PABLO BERHAU,<br><br>                Defendants. | 26-CV-3856 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 13, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated:  June 29, 2026
       New York, New York

                                     SO ORDERED.

                                     *Jessica Clarke*

                                     JESSICA G. L. CLARKE
                                     United States District Judge