FISHER | TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384-0258

July 10, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re: Burbano v. NCS Abatement Services Inc.,
Kevin Fox and Pablo Berhau
Case Number: ~~1:24-cv-02847-NRM-SDE~~ 26-CV-3856

Dear Judge Clarke:

We represent Plaintiff in the above-referenced matter. We write to respectfully request a two-week extension of Plaintiff's deadline to file a motion for default judgment from July 13, 2026 through July 27, 2026. This is the first request of this kind.

The reason for this request is a press of business in other matter, which has required additional time to prepare the motion papers. Accordingly, Plaintiff respectfully requests until July 27, 2026 to file the motion.

We thank the Court for its attention to this matter.

Respectfully Submitted,

___________/s/____________

Michael Taubenfeld

Application GRANTED. The Clerk of Court is respectfully directed to terminate ECF No. 10.
SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: July 13, 2026
White Plains, New York