Plaintiff's deadline to file a motion for default judgment is ADJOURNED *sine die*. Plaintiff shall file a status letter no later than August 20, 2026. SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: July 30, 2026
White Plains, New York

FISHER | TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384-0258

July 24, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Burbano v. NCS Abatement Services Inc.,
Kevin Fox and Pablo Berhau
Case Number: ~~1:24-cv-02847-NRM-SDE~~ 26-CV-3856

Dear Judge Clarke:

We represent Plaintiff in the above-referenced matter. We write to respectfully request that the deadline to file the motion for default judgment be adjourned sine die, or, in the alternative, adjourned to a date convenient for the Court, with Plaintiff to submit a status letter update by that date.

The reason for this request is that Plaintiff wishes to attempt additional service in an abundance of caution. The Corporate Defendant was served through the New York Secretary of State pursuant to Business Corporation Law § 306. The Individual Defendants were served via nail and mail under CPLR § 308(4).[1] Prior to effecting nail and mail service under CPLR § 308(4), a plaintiff must establish "due diligence" in attempting to personally serve a defendant, or a person of suitable age and discretion at the defendant's residence or place of business under CPLR §§ 308(1) or 308(2). Allstate Ins. Co. v. Rozenberg, 771 F. Supp. 2d 254, 261 (E.D.N.Y. 2011). While Plaintiff believes the due diligence requirement has been satisfied, Plaintiff intends to again attempt personal or leave-and-mail service under CPLR §§ 308(1) or 308(2) out of an abundance of caution.

We therefore respectfully request that the Court adjourn the deadline to move for a default judgment sine die, or in the alternative, set a status update deadline as the Court deems appropriate.

We thank the Court for its attention to this matter.

Respectfully Submitted,
____________/s/____________
Michael Taubenfeld

[1] Under the Federal Rules of Civil Procedure, service of process may be effectuated under New York State law. Fed. R. Civ. P. 4(e)(1).