UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLGA BURBANO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NCS ABATEMENT SERVICES INC.; KEVIN FOX; and PABLO BERHAU,<br><br>Defendant(s). | 26-CV-3856 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 21, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 7, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge