**MEMO ENDORSED**

FISHER | TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384-0258

October 21, 2026

**VIA ECF**
The Honorable Jessica G.L. Clarke
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Burbano v. NCS Abatement Services Inc.,
Case Number: 7:26-cv-03856-JGLC-AEK

Dear Judge Clarke:

We represent Plaintiff in the above-referenced matter. We write to respectfully request that the deadline to file the motion for default judgment be adjourned from today to November 4, 2026. Plaintiff requested an entry of default from the Clerk of the Court on October 19, 2026, which has not yet been entered. Further, Plaintiff is still in the process of drafting the motion. We therefore respectfully request that the Court adjourn Plaintiff's deadline to November 4, 2026.

We thank the Court for its attention to this matter.

Respectfully Submitted,
___________/s/____________
Michael Taubenfeld

Application GRANTED. In light of the fact that Plaintiff filed a proposed Clerk's Certificate of Default on October 19, 2026, Plaintiff's deadline to file a motion for default judgment is extended to **November 4, 2026**.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: October 26, 2026
White Plains, New York